UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY PINAIRE,

        Petitioner,

v.

KATHLEEN ALLISON,

        Respondent.

Case No. 21-07138 BLF (PR)

**JUDGMENT**

    For the reasons stated in the order of dismissal, this case is DISMISSED. Judgment is entered accordingly.

    The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:    January 31, 2022

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.21\07138Pinaire_judgment